# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Gabriele Borth | Case No. 1:15-cv-07838 |
| Plaintiff, | Judge: Rebecca R. Pallmeyer |
| v. | Magistrate Judge: Michael T. Mason |
| Global Credit & Collection Corporation | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                                  RESPECTFULLY SUBMITTED,

                                                  Hyslip & Taylor, LLC, LPA

                                                  By: s/ Jeffrey S. Hyslip
                                                       Jeffrey S. Hyslip
                                                       1100 W. Cermak Rd., Suite B410
                                                       Chicago, IL 60608
                                                       Telephone: 312-380-6110
                                                       Fax: 312-361-3509
                                                       Email: jeffrey@lifetimedebtsolutions.com

Date: September 28, 2015

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Brian W. Ledebuhr
Vedder Price P.C.
222 N. LaSalle Street
Chicago, IL  60601

Counsel for:
Global Credit & Collection Corporation

s/ Jeffrey S. Hyslip