# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Gabriele Borth<br><br>　　　Plaintiff,<br><br>v.<br><br>Global Credit & Collection Corporation<br><br>　　　Defendant. | Case No. 1:15-cv-07838<br><br>Judge: Rebecca R. Pallmeyer<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　Hyslip & Taylor, LLC, LPA

　　　　　　　　　　By: /s/ Jeffrey S. Hyslip
　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　1100 W. Cermak Rd., Suite B410
　　　　　　　　　　　　Chicago, IL  60608
　　　　　　　　　　　　Phone: 312-380-6110
　　　　　　　　　　　　Fax: 312-361-3509
　　　　　　　　　　　　Email: jeffrey@lifetimedebtsolutions.com
　　　　　　　　　　　　One of Plaintiff's Attorneys


Date: November 6, 2015

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 6, 2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Brian W. Ledebuhr
Vedder Price P.C.
222 N. LaSalle Street
Chicago, IL  60601

Counsel for:
Global Credit & Collection Corporation

                                          /s/ Jeffrey S. Hyslip